UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DUANE SMITH,

       Plaintiff,                  Case No.  05-70467

v.                                     District Judge Arthur J. Tarnow
                                       Magistrate Judge R. Steven Whalen

CITY OF MOUNT CLEMENS,
a Municipal Corporation, et al.,

       Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Emergency Motion for Receivership/Bond [Docket #18], premised on the dissolution of then-Defendant Mount Clemens Police Department. However, the Police Department, which was not the proper party in interest, has been dismissed as a Defendant, and the City of Mount Clemens–still a viable municipal entity–has been substituted as the Defendant in its place. Accordingly,

Plaintiff's Motion [Docket #18] is DENIED.

SO ORDERED.

                                                S/R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated: March 6, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 6, 2006.

                                            S/Gina Wilson
                                            Judicial Assistant