UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DUANE SMITH,

       Plaintiff,                      Case No. 05-70467

v.                                    District Judge Arthur J. Tarnow
                                           Magistrate Judge R. Steven Whalen

CITY OF MOUNT CLEMENS,
a Municipal Corporation, et al.,

       Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**

Before the Court are Defendants' Motion to Compel Discovery [Docket #27] and Plaintiff's Motion to Strike [Docket #28]. Having reviewed the motions, as well as Plaintiff's response,[1] and being fully advised,

IT IS THEREFORE ORDERED that Defendants' Motion to Compel [Docket #27] is GRANTED, and that Plaintiff will comply with the discovery requests therein within the time set forth in the Court's Order Extending Discovery, filed on February 17, 2006.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike [Docket #28] is DENIED.

---

[1] Along with his response, Plaintiff also filed a motion to strike the present motion [Docket #28].

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  March 6, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 6, 2006.

S/Gina Wilson
Judicial Assistant